AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of West Virginia

FILED
JUN 6 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| United States of America<br>v.<br><br>AMBER L. BROWN<br><br>*Defendant(s)* | Case No.<br>5:19-MJ- 27 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 11, 2019__ in the county of __Wetzel__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) and 841(b)(1) | Delivery of methamphetamine, also known as "crystal meth" and "ice," a Schedule II controlled substance. |

This criminal complaint is based on these facts:

On Monday, March 11, 2019 at approximately 1319 hours, the undersigned officer released CI #327-19-01, hereinafter referred to as CI, to make contact with the accused, Amber Brown, at her residence, 4890 Veterans Highway, New Martinsville, Wetzel County, West Virginia, in the Northern District of West Virginia. A short time later the CI arrived at the place of crime and made contact with the accused. The accused provided the CI with approximately 3.5 grams of

☑ Continued on the attached sheet.

_____
Complainant's signature

Sgt. W.M. Lemon
Printed name and title

Sworn to before me and signed in my presence.

Date: 06/06/2019

_____
Judge's signature

City and state: Wheeling, West Virginia

JAMES P. MAZZONE, US MAGISTRATE JUDGE
Printed name and title

suspected of crystal methamphetamine, the CI provided the accused with $200.00 in Marshall County Drug Task Force funds; the CI then departed the place of crime and was subsequently recovered by SGT Lemon along with the purchased drug exhibit.

On April 29, 2019 SGT Lemon received the lab report from the DEA Mid-Atlantic Forensic laboratory in regard to the above mentioned purchased drug evidence. The report identified the drug evidence as Methamphetamine Hydrochloride, with a substance purity of 100%.